UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

IN RE: LOWELL ENOS FARMER    )
                                                           )       CHAPTER 13
                                                           )       CASE NO.07-61907
Debtor(s)    )

MOTION FOR DISMISSAL

TO THE HONORABLE WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE:

Comes now the Debtor(s), by counsel, and moves the Court pursuant to Bankruptcy Code §305 and Bankruptcy Code §1307(b) to dismiss the subject Chapter 13 proceeding without prejudice to the Debtors or any other party and respectfully states that such dismissal would be in the best interest of all parties concerned.

Dated: 4/29/08

Respectfully submitted,

_____
LOWELL ENOS FARMER

_____
DAVID COX
DAVID E WRIGHT
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501